UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>MARICO KEELING,<br><br>      Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Criminal No. 24-114-1-ART<br><br><br>**MINUTE ENTRY ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On Tuesday, May 12, 2026, at 9:00 a.m., the second day of trial was set to begin in Courtroom 7 of the Potter Stewart United States Courthouse.  The defendant, Marico Keeling, was present in custody.  Paul Laufman and Emily Medosch represented Mr. Keeling.  Anthony Springer and Ebunoluwa Taiwo represented the government.  Lisa Wiesman was the court reporter, and Rebecca Santoro was the courtroom deputy.

Defendant Marico Keeling moved for a mistrial, alleging that the government violated the rules governing jury selection set forth in Federal Rule of Criminal Procedure 24.  For the reasons stated on the record, Mr. Keeling's motion for a mistrial is **GRANTED**.

The case is hereby transferred back to the Honorable Susan J. Dlott for further proceedings in this matter.

It is so ordered.

This the 12th day of May, 2026.

BY THE COURT:

_____
Amul R. Thapar
United States Circuit Judge
Sitting by Designation

2